IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:   Weiss, Barbara                 ) CASE NO. 09-19564-SBB
                                        )
                                        ) CHAPTER 13
                             Debtor.    )

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

COMES NOW George T. Carlson, Movant, and submits this Motion To Withdraw As Counsel For Debtor. As a basis for the Motion, Movant states to the Court as follows:

1. Debtor filed for relief on May 20, 2009, and her plan of reorganization was confirmed on July 9, 2009.

2. On January 30, 2014, Debtor filed a motion to modify plan through other counsel.

3. To clarify the record and to prevent the confusion that could result from two attorneys working the same case, Movant desires to withdraw as counsel for the Debtor.

4. **Therefore**, the Debtor and other parties in interest are notified as follows:

    a. the Movant seeks to withdraw and allow the Debtor to act on her own behalf or hire new counsel;

    b. this court retains jurisdiction;

    c. the Debtor's last known address:

        Barbara Ann Weiss
        1506 South Jersey Street
        Denver, CO 80224

    d. the Debtor has the burden of keeping the court informed of the mailing address where notices, pleadings or other papers may be served;

    e. the Debtor has the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

O:\Clients- 2009 Onward\Weiss, Barbara\MTW\mtw-weiss,barbara-jtg.doc

f. the Debtor is responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R, including, among other things: her obligation, upon making all plan payments, to file a Certification to Obtain a Discharge; her obligation to complete the required course in personal financial management and file a certificate with the court of having done so;

g. if another attorney is not hired, the Debtor has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any court orders requiring the client to respond;

h. if the Debtor fails or refuses to meet these burdens, the Debtor may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the Debtor's bankruptcy case in some circumstances;

i. the dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings, and a warning that such matters will not be delayed or affected by the withdrawal of counsel, are as follows:

   i. Debtor's continuing obligation to cooperate with the trustee until the case has closed,

   ii. The pending motion to modify confirmed plan,

   iii. There are no other pending motions or other proceedings;

j. service of process may be made upon the Debtor at the Debtor's address in the court's database; and

k. the Debtor or other parties in interest have the right to object to the proposed withdrawal of counsel by filing with the court an objection to the attorney's motion to withdraw within fourteen (14) days after mailing of the notice.

WHEREFORE, Movant moves this honorable Court for an Order allowing its withdrawal and for such other relief as the Court deems proper.

Dated: 2-3-2014

Respectfully submitted,

GEORGE T. CARLSON & ASSOCIATES

By: _____
George T. Carlson, #1222
Joseph T. Goodner, #41941
Attorneys for Debtors
4219 South Broadway
Englewood CO 80113
(303) 789-1313
(303) 788-1789 FAX
carlson@cobk.com